COPY

Peter R. Afrasiabi, Esq. (Bar No. 193336)
   pafrasiabi@onellp.com
Christopher Arledge, Esq. (Bar No. 200767)
   carledge@onellp.com
John Tehranian, Esq. (Bar No. 211616)
   jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, CA 92660
Phone:      (949) 502-2870
Facsimile:  (949) 258-5081
www.onellp.com

*Attorneys for Plaintiff, Mavrix Photographs LLC*

FILED

2013 APR -1  PM 2: 26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MAVRIX PHOTOGRAPHS LLC, a
California limited liability company,

          Plaintiff,

v.

LIVE JOURNAL, INC.; and DOES 1-10,
inclusive,

          Defendants.

Case No.:   **SACV13-00517 DOC (JPRx)**

**COMPLAINT FOR COPYRIGHT
INFRINGEMENT**

**DEMAND FOR JURY TRIAL**

# By Fax

---

**COMPLAINT**

Mavrix Photographs LLC complains against Live Journal, Inc. a California corporation, and DOES 1-10 (collectively, Defendants) as follows:

## JURISDICTION AND VENUE

1.     This is a civil action against Defendants for copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq.*  This Court has subject matter jurisdiction under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2.     Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District.  Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## PARTIES

3.     Plaintiff Mavrix Photographs LLC (Mavrix) is a California limited liability company incorporated and existing under the laws of California, with its principal place of business located in Orange County, California.

4.     Defendant Live Journal, Inc. (Live Journal) is incorporated under the laws of California, with its principle place of business in San Francisco, California.

5.     The true names or capacities, whether individual, corporate or otherwise, of the Defendants named herein as DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.  Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.

## FACTS COMMON TO ALL COUNTS

6.     Mavrix owns by way of assignment the copyrights to certain photos owned by Mavrix Photo, Inc. (MPI) a prominent celebrity photography agency that licenses its photographs to its end customers: the world's leading newspapers, television programs and magazines, like the Daily Mail of London, People, or US Weekly.

**COMPLAINT**

7.     Live Journal owns and operates the website www.ohnotheydidnt.Live Journal.com (the Website).  The Website is also known as "oh no they didn't" or "ONTD" for short, riffing of course on the behavior of celebrities and interest in celebrity culture.

8.     The Website and Live Journal make money based upon an ad revenue business model.  The Website is one of the largest Websites in the world in terms of traffic.  According to the recognized internet rankings organization, CubeStat, the Website receives 9.8 million page views per day with almost $30,000 a day in ad revenue generated from the page views and ranking 102 out of the many millions of websites in existence.  Defendant has driven massive traffic to its website in part due to the presence of the sought after and searched-for celebrity images, the copyrights to which are owned by third parties (not Defendant or, to Defendants' knowledge and awareness,  Defendants' users who upload the images and other content).  All of this traffic translates to significant advertising revenue.  As such, content websites may effectively monetize the content on their websites by securing eyeballs on the sites which translates to ad revenue.  Consequently, the Defendants are able to, and do have, in effect a national online photo library located at the www.ohnotheydidnt.Live Journal.com website, which generates massive revenue for Defendant all by the posting of content, none of which on information and belief is owned or licensed by Defendant.

9.     Despite having no permission, consent, or license to do so, Live Journal has (a) reproduced, publicly distributed and publicly displayed, (b) made available for download, copy, reproduction, and display, and (c) provided a service and the means, encouragement, and facilitation of and for the upload, download, display, and reproduction of certain original celebrity photographs of Mavrix including the following:

a.     Nine photographs of pop superstar Katy Perry in the Bahamas.  True and correct copies of the Photos and their infringement by Defendants are attached as Exhibit 1.

**COMPLAINT**

b.      Seven photographs of pop superstar Katy Perry in a colorful rooftop photo shoot.  True and correct copies of the Photos and their infringement by Defendants are attached as Exhibit 2.

c.      Four photographs of pregnant pop superstar Beyonce.  True and correct copies of the Photos and their infringement by Defendants are attached as Exhibit 3.

d.      Collectively, the 20 photographs referenced in paragraphs a-c above are referred to as "Photos."

10.    MPI filed for copyright registration of all the above Photos within 90 days of their authorship and first publication.  The copyright registration certificates are attached hereto as Exhibit 4.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement, 17 U.S.C. § 501 Against all Defendants)

11.    Plaintiff Mavrix incorporates here by reference the allegations in paragraphs 1 through 10 above.

12.    Mavrix is the owner of all rights, title, and interest in the copyrights to the Photos, which substantially consist of material wholly original and which are copyright subject matter under the laws of the United States.

13.    The Photos were timely registered with the United States Copyright Office.

14.    Defendants have directly, vicariously, contributorily and/or by inducement infringed Mavrix's copyrights by reproducing, displaying, distributing, and utilizing the Photos for purposes of trade violation of 17 U.S.C. § 501 *et seq.*

15.    All of the Defendant's acts are and were performed without permission, license, or consent of Mavrix.

16.    Mavrix has identified at least 20 instances of infringement on the Website by way of unlawful reproduction and display of the Photos (as well as the unlawful facilitation of other's reproduction of the Photos).  If other infringements are discovered in this case, then they will be identified in discovery and the pleadings will thus conform to the evidence adduced at trial.

17.     As a result of the acts of Defendants alleged herein, Mavrix has suffered damage.

18.     Defendants have willfully infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by knowingly reproducing, displaying, distributing, and utilizing the Photos by, among other things, virtue of Defendants' employees' creation of the Website and establishment and continual moderation and management of the Website's rules that expressly request, encourage and foster infringement by, among other things, specifically asking people to upload third party copyrighted celebrity-based content and third-party copyrighted celebrity photographs from content owners' websites and other sources around the internet.

19.     The wrongful acts of Defendants have caused, and are causing, injury to Mavrix, which damage cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Mavrix will suffer irreparable injury, for all of which it is without an adequate remedy at law.  Accordingly, Mavrix seeks a declaration that Defendants are infringing Mavrix's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement.

20.     In light of the willful nature of the copyright infringement, Mavrix is also entitled to an award of statutory damages and its attorney's fees.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1.     The Defendants, and their officers, agents, servants, employees, and representatives, and all persons in active concert or participation with them, be permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all Photos of Mavrix.

2.     An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the unlawful reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter

devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

3.      Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

4.      Statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

5.      That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated:  April 1, 2013                          **ONE LLP**

                                       By:  _____
                                            Peter R. Afrasiabi
                                            Attorneys for Plaintiff,
                                            Mavrix Photographs LLC

**COMPLAINT**

<u>**DEMAND FOR JURY TRIAL**</u>

Plaintiff Mavrix hereby demands trial by jury of all issues so triable under the law.

Dated:  April 1, 2013                              **ONE LLP**

By: _____
Peter R. Afrasiabi
Attorneys for Plaintiff,
Mavrix Photographs LLC

7

**COMPLAINT**

# **EXHIBIT 1**



# ONTD™

## OH NO THEY DIDN'T!
The celebrities are disposable. The gossip is priceless.

| REGISTER/LOG IN | THE RULES | ARCHIVE | FAN SIGNS | TIPS/EMAIL US | FOLLOW US |

WHAT'S HOT: Kristen Stewart  Game of Thrones  Lady Gaga  Miley Cyrus  LGBTQ

Search ONTD  **SEARCH ▸**

9:22 am - 07/19/2010

## Katy Perry in a bikini



JESUSBITCHES



DODGE//
2012 CHALLENGER R/T
UP TO $1,500
CUSTOMER CASH ALLOWANCE
ON SELECT 2012 CHALLENGER R/T MODELS
LEGAL >
BUILD & PRICE  VIEW INCENTIVES

### Featured Posts

**Busted on Suspicion of Drunk Driving, Crocs Co-Founder Tries to...**
false_hate, 260 comments

**ROBERT PATTINSON Passes on Blasting Kristen for Cheating Scandal**
hawaii_bombay, 468 comments







Top tags

DODGE //

2012 CHALLENGER R/T

UP TO $1,500
CUSTOMER CASH ALLOWANCE
ON SELECT 2012
CHALLENGER R/T MODELS

LEGAL >

BUILD & PRICE >    VIEW INCENTIVES >



running around the water park with her pals in a gray and red bikini with bow details.

After romping around with her pals, the singer went inter-tubing on a water ride. Sure looks like fun, Katy!











Case 8:13-cv-00517-CJC-JPR   Document 1   Filed 04/01/13   Page 15 of 40   Page ID #:15

http://ohnotheydidnt.livejournal.com/49029015.html



Thursday, August 16, 2012

View as Analog
✓ View as Digital

Open Date & Time Preferences...







# **EXHIBIT 2**



Thursday, August 16, 2012

View as Analog
✓ View as Digital

Open Date & Time Preferences…

# ONTD™

### OH NO THEY DIDN'T!
The celebrities are disposable. The gossip is priceless.

REGISTER/LOG IN | THE RULES | ARCHIVE | FAN SIGNS | TIPS/EMAIL US | FOLLOW US | f | t

WHAT'S HOT: 🔴 Kristen Stewart   Game of Thrones   Lady Gaga   Miley Cyrus   LGBTQ

Search ONTD   **SEARCH ▸**

10:31 am · 06/04/2011

## Katy Perry's colorful rooftop photoshoot (june 3)



OHSOMEDAY



DODGE //

2012 CHALLENGER R/T

UP TO $1,500
CUSTOMER CASH ALLOWANCE
ON SELECT 2012
CHALLENGER R/T MODELS

LEGAL ▸                    ↻

BUILD & PRICE ◂   VIEW INCENTIVES ◂

## Featured Posts

**Ex Disneyland Employee Sues Disney Over Religious Discrimination**
Ω _scarlett_icons, 383 comments

**THIS IS A NATHAN ADRIAN POST**
Ω aglows, 391 comments

**Jodie Foster has shared poignant words.**
Ω galyuhalead, 529 comments









Case 8:13-cv-00517-CJC-JPR   Document 1   Filed 04/01/13   Page 24 of 40   Page ID #:24







**many more at the source**

TAGGED: katy perry

# **<u>EXHIBIT 3</u>**

Oh No They Didn't! – Beyonce in Miami...in a bikini. oop.

http://ohnotheydidnt.livejournal.com/64388044.html

Thursday, August 16, 2012

View as Analog

✓ View as Digital

Open Date & Time Preferences...

1650 Photog...os Angeles   Big Sun Phot...otos Online   FW Ops   Used, New, ... Networking   Imagekind   FAA

Kate Hudson in Miami by the poo...   |   katy perry site:community.livejou...   |   Beyonce in Miami...in a bikini. oop.

| REGISTER/LOG IN | THE RULES | ARCHIVE | FAN SIGNS | TIPS/EMAIL US | FOLLOW US | f | t |

**WHAT'S HOT:** ⬭⬭⬭  Kristen Stewart   Game of Thrones   Lady Gaga   Miley Cyrus   LGBTQ

Search ONTD        **SEARCH ▸**

12:20 pm - 11/15/2011

# Beyonce in Miami...in a bikini. oop.

DANCE





Beyonce, Mama Tina, Jay and Juelz in Miami (11/15/2011)





DODGE///

2012 CHALLENGER R/T

UP TO $1,500 CUSTOMER CASH ALLOWANCE

ON SELECT 2012 CHALLENGER R/T MODELS

LEGAL ›

BUILD & PRICE ▲     VIEW INCENTIVES ▲

## Featured Posts

**Busted on Suspicion of Drunk Driving, Crocs Co-Founder Tries to...**
false_hate, 259 comments

**LOL BYE: After 'Ochocinco' Arrest, VH1 Pulls "Ev & Ocho"**
cassie_epstein, 242 comments

**taylor swift buys home next to high school aged boyfriend, 3 weeks ...**
msamericandream, 614 comments

**Freida Pinto Visits Africa**
gemmalowes, 249 comments

**More on Miley's hair**



Beyonce, Mama Tina, Jay and Juelz in Miami (11/15/2011)

Crocs Co-Founder Tries to...
false_hate, 259 comments

LOL BYE: After 'Ochocinco' Arrest,
VH1 Pulls "Ev & Ocho"
cassie_epstein, 242 comments

taylor swift buys home next to high
school aged boyfriend, 3 weeks ...
msamericandream, 614 comments

Freida Pinto Visits Africa
gemmalowes, 249 comments

More on Miley's hair
hawaii_bombay, 806 comments

DODGE
2012 CHALLENGER R/T
UP TO $1,500
CUSTOMER CASH ALLOWANCE
ON SELECT 2012
CHALLENGER R/T MODELS
LEGAL >
BUILD & PRICE          VIEW INCENTIVES

Top tags

DODGE
2012 CHALLENGER R/T

Thursday, August 16, 2012

View as Analog
✓ View as Digital

Open Date & Time Preferences...

Thursday, August 16, 2012

View as Analog
✓ View as Digital

Open Date & Time Preferences...



source

tyfyt.

2012

DODGE//

UP TO $1,500
CUSTOMER CASH ALLOWANCE
ON SELECT 2012
CHALLENGER R/T MODELS

LEGAL >

BUILD & PRICE    VIEW INCENTIVES

Top tags

DODGE//

2012 CHALLENGER R/T

UP TO $1,500
CUSTOMER CASH ALLOWANCE
ON SELECT 2012
CHALLENGER R/T MODELS

LEGAL >

BUILD & PRICE    VIEW INCENTIVES

# **<u>EXHIBIT 4</u>**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-737-808

**Effective date of registration:**

September 7, 2010

## Title ━━━━━━━━━━━━━━━

**Title of Work:** Popstar Katy Perry in bikini in the Bahamas taken 7/18/2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 18, 2010          **Nation of 1st Publication:** United States

## Author ━━━━━━━━━━━━━━━

**Author:** Mavrix Photo Inc

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United Kingdom          **Domiciled in:** United States

**Anonymous:** Yes

## Copyright claimant ━━━━━━━━

**Copyright Claimant:** Mavrix Photo Inc, dba Mavrix Photo Inc

195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States

## Rights and Permissions ━━━━━━━

**Organization Name:** Mavrix Photo Inc

**Name:** Gareth Miles Thomas

**Email:** gareth@mavrixphoto.com          **Telephone:** 305-542-9276

**Address:** 195 SE 4th Avenue

Deerfield Beach, FL 33441  United States

## Certification ━━━━━━━━━━━━

**Name:** Gareth Thomas

**Date:** September 7, 2010

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-797-468**

**Effective date of
registration:**

August 31, 2011

---

## Title

**Title of Work:** Katy Perry Pink PVC Miami Rooftop shot on 06/03/2011.

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** June 3, 2011     **Nation of 1st Publication:** United States

## Author

- **Author:** David Adelson

  **Author Created:** photograph(s)

  **Work made for hire:** No

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Mavrix Photo Inc

195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Mavrix Photo Inc

**Name:** Gareth Miles Thomas

**Email:** gareth@mavrixphoto.com     **Telephone:** 305-542-9276

**Address:** 195 SE 4th Avenue

Deerfield Beach, FL 33441  United States

## Certification

**Name:** Gareth Thomas

**Date:** August 31, 2011

**Registration #:**  VA0001797468
**Service Request #:**  1-655276842



Mavrix Photo Inc
Gareth Miles Thomas
195 SE 4th Avenue
Deerfield Beach, FL 33441  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-799-844

**Effective date of registration:**

December 28, 2011

## Title

**Title of Work:** Beyonce Miami blue dress baby bump 111311

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 13, 2011     **Nation of 1st Publication:** United States

## Author

- **Author:** Cullen Reavley

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

**Year Born:** 1969

## Copyright claimant

**Copyright Claimant:** Mavrix Photo Inc

195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Mavrix Photo Inc

**Name:** Gareth Miles Thomas

**Email:** ███████████     **Telephone:** ███████████

**Address:** ███████████

## Certification

**Name:** Gareth Thomas

**Date:** December 28, 2011



**Registration #:**  VA0001799844
**Service Request #:**  1-703920582



Mavrix Photo Inc

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Jean P. Rosenbluth.

The case number on all documents filed with the Court should read as follows:

## SACV13- 517 DOC (JPRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [✗] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address: Peter R. Afrasiabi (SBN 193336)
Christopher W. Arledge (SBN 200767)
John Tehranian (Bar. No. 211616)
ONE LLP, 4000 MacArthur Blvd., W Twr, Ste 1100
Newport Beach, CA 92660
Tel: 949-502-2870   Fax: 949-258-5081

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC, a California limited liability company,<br><br>PLAINTIFF(S)<br><br>v.<br><br>LIVE JOURNAL, INC.; and DOES 1-10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV13-00517 DOC (JPRx)**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): <u>LIVE JOURNAL, INC.; and DOES 1-10, inclusive</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, <u>Peter R. Afrasiabi</u> _____, whose address is <u>One LLP, 4000 MacArthur Blvd., West Tower, Suite 1100, Newport Beach, CA 92660</u>.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___4-1-13___

By: _Lori Wagers_
Deputy Clerk

LORI WAGERS
*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**CIVIL COVER SHEET**

## I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ )

MAVRIX PHOTOGRAPHS LLC, a California limited liability company

## DEFENDANTS ( Check box if you are representing yourself ☐ )

LIVE JOURNAL, INC.; and DOES 1-10, inclusive

**(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)**
ONE LLP
4000 MacArthur Boulevard, West Tower, Suite 1100
Newport Beach, CA 92660

**(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)**

## II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

## V. REQUESTED IN COMPLAINT: JURY DEMAND: ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ MONEY DEMANDED IN COMPLAINT: $ To be determined

## VI. CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement under 17 U.S.C. §§ 101 et seq.

## VII. NATURE OF SUIT (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: **SACV13-00517 DOC (JPRx)**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)                    CIVIL COVER SHEET                    Page 1 of 2

**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s):

**VIII(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case? ☐ NO ☒ YES

If yes, list case number(s): SACV13-00338 CJC (JPRx)

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☒ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE**: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | San Francisco |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note**: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____ DATE: 04/01/2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |