GIBSON, DUNN & CRUTCHER LLP
WAYNE BARSKY, SBN 116732
wbarsky@gibsondunn.com
KATIE TOWNSEND, SBN 254321
ktownsend@gibsondunn.com
2029 Century Park East
Los Angeles, California 90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Attorneys for Defendant,
LiveJournal, Inc

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **MAVRIX PHOTOGRAPHS LLC**,<br><br>Plaintiff,<br><br>v.<br><br>**LIVEJOURNAL, INC.; and DOES 1 through 10, inclusive**,<br><br>Defendants. | CASE NO. 13-CV-00517-CJC (JPR)<br><br>**DEFENDANT LIVEJOURNAL INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Memorandum of Points and Authorities, Supporting Declaration of Katie Townsend, Request for Judicial Notice, and [Proposed] Orders Filed Concurrently Herewith]<br><br>Date:   August 5, 2013<br>Time:   1:30 p.m.<br>Place:  Courtroom 9B<br>Judge:  Hon. Cormac J. Carney |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND ITS COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that on August 5, 2013, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Cormac J. Carney, United States District Judge, in Courtroom 9B of the United States District Court, Central District of California, Southern Division, Defendant LiveJournal, Inc. ("LiveJournal") will, and hereby does, move the Court for an order pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's First Claim for Relief for Copyright Infringement (17 U.S.C. § 501) and its Complaint, without leave to amend, on the grounds that it fails to meet the minimal pleading standard of Rule 8 and fails to state a cause of action against LiveJournal upon which relief can be granted.

This Notice of Motion and Motion are based on the concurrently filed Memorandum of Points and Authorities, Declaration of Katie Townsend, any argument of counsel the Court shall wish to entertain, and all matters of which the Court shall take judicial notice.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which occurred on June 7, 2013.

DATED:  June 14, 2013

GIBSON, DUNN & CRUTCHER LLP

By:  \_\_\_\_/s/_____
     Wayne Barsky
Attorneys for Defendant,
LiveJournal, Inc.