GIBSON, DUNN & CRUTCHER LLP
WAYNE BARSKY, SBN 116732
wbarsky@gibsondunn.com
KATIE TOWNSEND, SBN 254321
ktownsend@gibsondunn.com
2029 Century Park East
Los Angeles, California 90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Attorneys for Defendant,
LiveJournal, Inc

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **MAVRIX PHOTOGRAPHS LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **LIVEJOURNAL, INC.; and DOES 1 through 10, inclusive**, <br><br> Defendants. | CASE NO. 13-CV-00517-CJC (JPR) <br><br> **DEFENDANT LIVEJOURNAL INC.'S REQUEST FOR JUDICIAL NOTICE** <br><br> [Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities, Supporting Declaration of Katie Townsend and [Proposed] Orders Filed Concurrently Herewith] <br><br> Date: August 5, 2013 <br> Time: 1:30 p.m. <br> Place: Courtroom 9B <br> Judge: Hon. Cormac J. Carney |

Gibson, Dunn & Crutcher LLP

DEFENDANT LIVEJOURNAL INC.'S REQUEST FOR JUDICIAL NOTICE

Defendant LiveJournal, Inc. ("Defendant" or "LiveJournal") hereby respectfully requests that this Court take judicial notice of the following documents attached as Exhibits A through E to the concurrently filed Declaration of Katie Townsend in Support of Defendant's Motion to Dismiss Plaintiff's Complaint ("Townsend Declaration" or "Townsend Decl.").

## I.  DOCUMENTS OF WHICH JUDICIAL NOTICE IS REQUESTED

<u>Townsend Decl., Exhibit A</u>:  A true and correct copy of a screenshot of the website http://www.livejournal.com.

<u>Townsend Decl., Exhibit B</u>:  A true and correct copy of a screenshot of LiveJournal's "Frequently Asked Question # 56 – What is LiveJournal?" available at http://www.livejournal.com/support/faq/56.html.

<u>Townsend Decl., Exhibit C</u>:  A true and correct copy of a screenshot of LiveJournal's "Frequently Asked Question # 77 – What is a community?" available at http://www.livejournal.com/support/faq/77.html.

<u>Townsend Decl., Exhibit D</u>:  A true and correct copy of a screenshot of the LiveJournal community Oh No They Didn't! ("ONTD!") available at http://ohnotheydidnt.livejournal.com.

<u>Townsend Decl., Exhibit E</u>:  A true and correct copy of a screenshot of ONTD!'s LiveJournal profile, including its "rules," available at http://ohnotheydidnt.livejournal.com.

## II.  ARGUMENT

Defendant requests that the Court take judicial notice of the documents listed above under Rule 201 of the Federal Rules of Evidence, which provides that "[a] court may take judicial notice" of facts "not subject to reasonable dispute," and "shall take judicial notice if requested by a party and supplied with the necessary information."

A fact can be judicially noticed if it is "generally known within the trial court's territorial jurisdiction," or if it can be "accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b)(1)–(2). Exhibits A–E to the concurrently filed Townsend Declaration consist of true and correct copies screenshots taken of sections of the following websites: www.livejournal.com and http://ohnotheydidnt.livejournal.com, and reflect generally known information, "not subject to reasonable dispute," concerning LiveJournal and ONTD! that is referenced in LiveJournal's concurrently filed Motion to Dismiss Plaintiff's Complaint ("Motion"). See Fed. R. Evid. 201(b)(1). Accordingly, and for the separate and independent reason that this information can be "accurately and readily determined from sources whose accuracy cannot be reasonably questioned" (Fed. R. Evid. 201(b)(2)), this Court may properly take judicial notice of the information reflected in Exhibits A–E to the Townsend Declaration and referenced in LiveJournal's Motion. *See Perfect 10, Inc. v. Giganews, Inc.*, 2013 U.S. Dist. LEXIS 71349, *3-4 (C.D. Cal. Mar. 8, 2013) (taking judicial notice of "two generally known aspects about USENET," including that "the content on USENET is primarily user-driven—that is, the content that is stored on a USENET provider's server is generally uploaded by USENET users or subscribers" in ruling on motion to dismiss claims of copyright infringement); *see also, e.g.*, *Sobhani v. @Radical.Media Inc.*, 257 F. Supp. 2d 1234, 1235 n.1 (C.D. Cal. 2003) (taking judicial notice of the content of a motion picture and broadcast commercials in ruling on motion for summary judgment concerning claims of copyright infringement).

In addition, Exhibit E to the Townsend Declaration—a screenshot of ONTD!'s LiveJournal profile, including its "rules"—is a proper subject of judicial notice because Plaintiff's Complaint alleges and relies upon the contents of those "rules" in an effort to state a claim against LiveJournal (see Cmplt., ¶ 18), and because "no party questions" their "authenticity." *See Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994), *overruled in part on other grounds in Galbraith v. County of Santa Clara*, 307

F.3d 1119, 1121 (9th Cir. 2002); *see also Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006) (citation omitted) (considering a release agreement that was referenced in plaintiff's complaint in dismissing her claims pursuant to Rule 12(b)(6)); *Innospan Corp. v. Intuit, Inc.*, 2011 U.S. Dist. LEXIS 29122, *6–7 (N.D. Cal. Mar. 8, 2011) ("A court may take judicial notice of documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading.'").

### III.  CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Court take judicial notice of the "generally known information," "not subject to reasonable dispute," concerning LiveJournal and ONTD! that is reflected in Exhibits A through E to the concurrently filed Townsend Declaration and referenced in LiveJournal's Motion.

DATED:  June 14, 2013

                            GIBSON, DUNN & CRUTCHER LLP


                            By: ____/s/_____
                                     Wayne Barsky
                            Attorneys for Defendant,
                            LiveJournal, Inc.

Gibson, Dunn & Crutcher LLP

3

DEFENDANT LIVEJOURNAL INC.'S REQUEST FOR JUDICIAL NOTICE