GIBSON, DUNN & CRUTCHER LLP
Wayne Barsky, SBN 116732
wbarsky@gibsondunn.com
Katie Townsend, SBN 254321
ktownsend@gibsondunn.com
2029 Century Park East
Los Angeles, California 90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Attorneys for Defendant,
LiveJournal, Inc

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **MAVRIX PHOTOGRAPHS LLC**, | CASE NO. 13-CV-00517-CJC (JPR) |
| Plaintiff, | **DEFENDANT LIVEJOURNAL INC.'S CERTIFICATION AS TO INTERESTED PARTIES** |
| v. | |
| **LIVEJOURNAL, INC.; and DOES 1 through 10, inclusive**, | |
| Defendants. | |

The undersigned counsel of record for LiveJournal, Inc., pursuant to Local Rule 7.1-1, hereby certifies that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Mavrix Photographs LLC
2. LiveJournal, Inc.
3. Primordial Soup Media Limited
4. SUP Media CJSC
5. +Sol LLC

DATED: July 22, 2013

>                          GIBSON, DUNN & CRUTCHER LLP
>
>                          By: ____/s/_____
>                                  Wayne Barsky
>                          Attorneys for Defendant,
>                          LiveJournal, Inc.