| | |
|---|---|
| 1 | WAYNE BARSKY (SBN 116731) |
| | wbarsky@gibsondunn.com |
| 2 | KATIE TOWNSEND, (SBN 254321) |
| | ktownsend@gibsondunn.com |
| 3 | GIBSON, DUNN & CRUTCHER LLP |
| | 2029 Century Park East, Suite 4000 |
| 4 | Los Angeles, CA  90067-3026 |
| | Telephone:  310.552.8500 |
| 5 | Facsimile:   310.551.8741 |
| 6 | *Attorneys for Defendant* |
| | *LiveJournal, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC, | CASE NO. 13-CV-00517-CJC (JPR) |
| Plaintiff, | **DEFENDANT LIVEJOURNAL INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| LIVEJOURNAL, INC.; and DOES 1 through 10, inclusive, | [Memorandum of Points and Authorities in Support of Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; Supporting Declarations of Brenden Delzer, Mark Ferrell, and Katie Townsend; Request for Judicial Notice; and [Proposed] Judgment Submitted Concurrently Herewith] |
| Defendants. | |
| | **Hearing:** |
| | Date:    August 4, 2014 |
| | Time:    1:30 p.m. |
| | Place:   Courtroom 9B |
| | Judge:   Hon. Cormac J. Carney |

Gibson, Dunn &
Crutcher LLP

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 4, 2014, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Cormac J. Carney, United States District Judge, in Courtroom 9B of the United States District Court, Central District of California, Southern Division, Defendant LiveJournal, Inc. ("LiveJournal") will, and hereby does, move the Court for summary judgment pursuant to Fed. R. Civ. P. 56 as to Plaintiff Mavrix Photographs LLC's ("Plaintiff's") First Claim for Relief for Copyright Infringement (17 U.S.C. § 501), Plaintiff's First Amended Complaint for Copyright Infringement, and each and all causes of action and demands for relief therein.

This Motion is made on the grounds that LiveJournal is an eligible online service provider that satisfies all requirements for application of the "safe harbor" of 17 U.S.C. § 512(c) here. This Motion is based upon this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities in Support of Summary Judgment; the Statement of Uncontroverted Facts and Conclusions of Law; the supporting Declarations of Brenden Delzer, Mark Ferrell, and Katie Townsend; all matters of which the Court shall take judicial notice; the complete files and records in this action; and such additional material as may be considered at the hearing.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which occurred on May 28, 2014.

Dated: June 30, 2014

                                                WAYNE BARSKY
                                                KATIE TOWNSEND
                                                GIBSON, DUNN & CRUTCHER LLP

                                                By: /s/ Katie Townsend
                                                          Katie Townsend

                                                *Attorneys for Defendant*