Peter R. Afrasiabi, Esq. (Bar No. 193336)
Email: pafrasiabi@onellp.com
Christopher Arledge, Esq. (Bar No. 200767)
Email: carledge@onellp.com
John Tehranian, Esq. (Bar No. 211616)Email: jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Phone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiff,
Mavrix Photographs LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| MAVRIX PHOTOGRAPHS LLC, a California limited liability company,<br><br>    Plaintiff,<br>v.<br><br>LIVE JOURNAL, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: SACV13-00517 CJC (JPRx)<br>Hon. Cormac J. Carney<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that plaintiff Mavrix Photographs LLC in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the following:

    a)     July 22, 2014 Order Denying Plaintiff's Motion for Review of Magistrate Judge's May 12, 2014 and June 12, 2014 Orders (Dkt. No. 128); and

    b)     September 19, 2014 Order Granting Defendant's Motion for Summary Judgment; Denying Plaintiff's Motion for Partial Summary Judgment; and Denying as Moot Defendant's Motion for Issuance of Request to Register of Copyrights (Dkt No. 151).

True and correct copies of the foregoing are attached as Exhibits A and B, respectively.

Dated: October 2, 2014                                  **ONE LLP**

                                                             By:  /s/ Peter R. Afrasiabi
                                                                     Peter R. Afrasiabi
                                                                     Christopher W. Arledge
                                                                     Attorneys for Plaintiff,
                                                                     Mavrix Photographs, LLC